THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-235-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENSE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SETH MICHAEL STRANGE, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the motion and the records and files,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Strange's supervised release is warranted by the conduct of Mr. Strange and in the interest of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Strange shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*US v. Seth Strange*; CR16-235RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS SO ORDERED.

DONE this 7th day of November, 2019.

*signature: M S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Seth Michael Strange

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*US v. Seth Strange*; CR16-235RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**